IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

v.

FREEWAY ELECTRIC, INC., DAVID WILLIAM SCHAFHIRT, and WESTERN SURETY COMPANY,

    Defendants.

No. C 07-1491 CRB

**JUDGMENT**

The Court having granted plaintiffs' motion for a default judgment by Order filed November 27, 2007, judgment is entered in favor of plaintiffs and against defendants Freeway Electric, Inc., David William Schafhirt, and Western Surety Company in the total amount of $65,520.64. Defendants shall also pay plaintiffs 12 percent interest on that amount from October 11, 2007 to the date defendants satisfy the judgment.

**IT IS SO ORDERED.**

Dated: November 27, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1491\judgment.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28